

**FILED**

FEB - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Geoffrey R. Akers, Plaintiff

v.

Carlos Gutierrez, Secretary Of Commerce
Patricia Boylan, Director OCR/US Patent Office

CASE NUMBER  1:07CV00266

JUDGE: Richard J. Leon

DECK TYPE: Employment Discrimination

DATE STAMP: 02/5/2007

Request for Appointment of Counsel

The undersigned Plaintiff hereby petitions the Court to appoint counsel to represent him in the above cited case. The reasons for this request are first, the case involves discrimination and retaliation by a US government agency and requires legal counsel to direct and coordinate the litigation; secondly, the complexity of this case offers unique opportunity to counsel to practice in agency EEO discrimination actions combined with agency retaliation that normally might not be afforded in a typical case; thirdly a high damage award is sought, so that talented legal counsel is requisite in pursuing this remedy; finally, Plaintiff has sought outside counsel to take this case on contingency and has been unable to find such resources to do so because of the protracted litigation involved.

2/1/07

Dr. Geoffrey R. Akers

25 Lincoln Avenue

Norwich, CT 06360