UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Geoffrey R. Akers, P.E. Plaintiff
25 Lincoln Avenue
Norwich, Connecticut 06360
860-889-7860

v.

Carlos Gutierrez, Secretary Of Commerce
Patricia Boylan, Director OCR/US Patent Office
600 Delany Street Room 7D07 East
Alexandria, Virginia 22314
571-272-8095

Civil Action No:

07CV0266 RJL

AFFADAVIT OF SERVICE

I certify that I served a copy of this complaint by certified mail upon the following entities as required in federal litigation: US Attorney General for the District of Columbia 501 Third Street NW Washington, DC 20001.

Dr. Geoffrey Akers, Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Geoffrey R. Akers, P.E. Plaintiff
25 Lincoln Avenue
Norwich, Connecticut 06360
860-889-7860

v.

Carlos Gutierrez, Secretary Of Commerce
Patricia Boylan, Director OCR/US Patent Office
600 Delany Street Room 7D07 East
Alexandria, Virginia 22314
571-272-8095

Civil Action No:

07-CV-266

AFFADAVIT OF SERVICE

I certify that I served a copy of this complaint by certified mail upon the following defendant: Patricia Boylan at US Patent Office 600 Delany Street Room 7D07E Alexandria, Virginia 22314.

Dr. Geoffrey Akers, Plaintiff

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ALEXANDRIA VA 22314

| | | |
|---|---|---|
| Postage | $4.20 | 0360 |
| Certified Fee | $2.40 | 04 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $8.45 | 02/16/2007 |

Sent To: PATRICIA BOYLAN/OCR Rm 7D07
Street, Apt. No.; or PO Box No.: US Patent Office / 600 Delany Street
City, State, ZIP+4: Alexandria, Virginia 22314

PS Form 3800, June 2002                    See Reverse for Instructions

7005 1160 0005 3639 2541

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PATRICIA BOYLAN
OCR
600 Delany Street
Room 7D07 EAST
Alexandria, Virginia 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Brooks
C. Date of Delivery: 2/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 3639 2541

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Geoffrey R. Akers, P.E. Plaintiff
25 Lincoln Avenue
Norwich, Connecticut 06360
860-889-7860

v.

Carlos Gutierrez, Secretary Of Commerce
Patricia Boylan, Director OCR/US Patent Office
600 Delany Street Room 7D07 East
Alexandria, Virginia 22314
571-272-8095

Civil Action No:

07 CV-266 (RJL)

AFFADAVIT OF SERVICE

I certify that I served a copy of this complaint by certified mail upon the following

entities as required in federal litigation: US Attorney General 950 Pennsylvania Avenue

NW Washington, DC 20530.

Dr. Geoffrey Akers, Plaintiff