UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Geoffrey R. Akers, P.E. Plaintiff
25 Lincoln Avenue
Norwich, Connecticut 06360
860-889-7860

v.

Carlos Gutierrez, Secretary Of Commerce
Patricia Boylan, Director OCR/US Patent Office
600 Delany Street Room 7D07 East
Alexandria, Virginia 22314
571-272-8095

Civil Action No:

07-264

AFFADAVIT OF SERVICE

I certify that I served a copy of this complaint by certified mail upon the following defendant: Carlos Gutierrez at US Department of Commerce, Mailstop 61 14th and Constitution Avenue NW, Washington, DC 20230.

Dr. Geoffrey Akers, Plaintiff                                   Dated: