UNITED STATES DISTRICT COURT

Dr. Geoffrey R. Akers, PE, Plaintiff
25 Lincoln Avenue
Norwich, Connecticut 06360
860-889-7860

V

Carlos Gutierrez, Secretary of Commerce
Patricia Boylan, Director OCR US Patent Office
600 Delany Street, Room 7D07 East
Alexandria, Virginia 22314
571-272-8095

**RECEIVED**

APR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No:

07-CV0266 (RJL)

## MOTION TO CONTINUE STATUS HEARING

The undersigned Plaintiff-pro-se requests the Status Conference scheduled for 5/4/07 be continued until a date subsequent since he will be on a military classified scientific experiment the week of April 30-May 4, 2007 out of state for his employer.

Because Plaintiff telecommutes to his office on Tuesday and Wednesday from his home in Connecticut, Plaintiff has been advised to request the Court consider rescheduling the Status Conference to a Tuesday or Wednesday when he is in the Washington, DC environs subsequent to May 4, 2007, to permit Plaintiff to also obtain Respondent's Answer due April 29, 2007 so he may file a full rebuttal and Reply within 10 days of his receiving such Respondent's Answer.

(Dr.) Geoffrey Akers                                                April 17, 2007

301-692-0565(office)
860-889-7860(home)