# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. GEOFFREY R. AKERS, | ) |
| | ) No. 1:07cv00266 (RJL) |
| Plaintiff, | ) |
| v. | ) |
| CARLOS GUTIERREZ, Secretary of Commerce, and JON DUDAS, Director OCR/United States Patent and Trademark Office, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned case.

 /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2007, I caused the foregoing Notice of Appearance to be filed *via* the Court's ECF system, and to be served upon *pro se* plaintiff by first class mail, postage prepaid, addressed to:

Geoffrey R. Akers
25 Lincoln Avenue
Norwich, CT 06360

                                                                                                              /s/ Robin M. Meriweather
                                                                                     Robin M. Meriweather, DC Bar # 490114