UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dr. Geoffrey Akers, Plaintiff

V

No:
07-cv-266 RJL

Carlos Gutierez Respondent

## MOTION IN OPPOSITION SUPPLEMENT

This supplemental material is furnished in support of Plaintiff's Motion in Opposition to change of venue. The repository for Plaintiff's employment records is the National RecordsCenter in St Louis, Missouri not Alexandria, Virginia where the USPTO is located, it has been learned because he is a retired federal employee and the National Records Center has jurisdiction over retiree records not the local agency. USPTO has shipped these records to the Center already. Thus USPTO does not have jurisdiction over these records as of the date of Respondent's Motion for venue purposes and does not have this aspect for such venue purposes.

Dr. Geoffrey Akers, Plaintiff                                5/16/2007

Certificate of Service

I certify that I sent a copy of this Motion in Opposition to Atty R.Michelle Merriweather at the Department of Justice-950 Pennsylvania Avenue NW Washington,DC 20530.

Dr. Geoffrey Akers, Plaintiff                                5/16/07