## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of May, 2007, I caused the foregoing Reply to be filed *via* the Court's ECF system, and to be served upon *pro se* plaintiff by first class mail, postage prepaid, addressed to:

Geoffrey R. Akers
25 Lincoln Avenue
Norwich, CT 06360

                                                                 /s/ Robin M. Meriweather
                                               Robin M. Meriweather, DC Bar # 490114

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of May, 2007, I caused the foregoing Reply to be filed *via* the Court's ECF system, and to be served upon *pro se* plaintiff by first class mail, postage prepaid, addressed to:

Geoffrey R. Akers
25 Lincoln Avenue
Norwich, CT 06360

                   _____   /s/ Robin M. Meriweather
                   Robin M. Meriweather, DC Bar # 490114

FROM:
CARR: USPS
TRK#: 70051160000536392619
RCVD: 2/27/2007

TO: US ATTY DC
PH:
BDG: JCB     FLR:
RM: 5840
PCS: 1

G Abais
25 Linden Avenue
Norwich, CT 06360

RTE:
MSC: US ATTY DC

U.S Attorney for District of Columbia
501 Third street NW
Washington DC

civil

7005 1160 0005 3639 2619

CERTIFIED MAIL

First Class Mail

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Geoffrey R. Akers,<br><br>      Plaintiff,<br><br>v.<br><br>Carlos M. Gutierrez, Secretary,<br>United States Department of Commerce<br><br>      Defendant. | Civil Action No.: 07-0266 (RJL)<br><br>Date: May 21, 2007 |

## DECLARATION OF ANNE MENDEZ

I, Anne Mendez, make the following declaration. This declaration is based on my personal knowledge and I am competent to testify to the matters stated herein.

1. I hold the position of Supervisory Employee Relations Specialist, Office of Human Resources, United States Patent and Trademark Office ("USPTO"), and have been employed within the Office of Human Resources since November, 1999.

2. Given my position and personal knowledge, I am aware that the personnel files of employee Tuyet-Phuong (Teri) Luu and former employee Geoffrey Akers are presently maintained and administered at the USPTO's principal office in Alexandria, Virginia.

3. Due to recent class action litigation, the Office of Human Resources has, since 2006, implemented a litigation hold for personnel records of former USPTO employees and presently maintains those records. Therefore, Mr. Akers' records remain maintained in Alexandria, Virgina.

-1-

       I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2007

                                              */s/ Anne Mendez*
                                              ANNE MENDEZ
                                              Supervisory Employee Relations Specialist
                                              Office of Human Resources
                                              United States Patent and Trademark Office

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Geoffrey R. Akers,<br><br>        Plaintiff,<br><br>v.<br><br>Carlos M. Gutierrez, Secretary,<br>United States Department of Commerce<br><br>        Defendant. | Civil Action No.: 07-0266 (RJL)<br><br>Date: May 21, 2007 |

### DECLARATION OF WILLIAM R. COVEY

I, William R. Covey, make the following declaration. This declaration is based on my personal knowledge and I am competent to testify to the matters stated herein.

1. I hold the position of Deputy General Counsel, Office of General Counsel, United States Patent and Trademark Office ("USPTO"), and have been employed in this capacity since January 7, 2007. As part of my current duties, I am responsible for managing the legal matters related to USPTO's labor and employment areas. Prior to my current appointment, I served as Associate Counsel, Office of General Law, beginning with my entry to USPTO in September, 2000, until my appointment as Deputy General Counsel. During this period, I also served, on detail, as Operations Manager for USPTO's Office of Human Resources from March, 2003 until January, 2004.

2. When I began my employment with USPTO in September, 2000, USPTO's principal office (including the Office of Human Resources, the Office of General Counsel, and all patent examining offices) was located at Crystal City, in Arlington, Virginia.

Beginning in December 2003, USPTO began its phased move from Arlington, Virginia to Alexandria, Virginia. By April 2005, all patent examining offices had been relocated from Arlington, Virginia to Alexandria, Virginia. Currently, USPTO's principal office is located in Alexandria, Virginia. Throughout my tenure at the USPTO, its principal office has been located either in Arlington, Virginia or Alexandria, Virginia.

3.      Specifically, throughout my tenure at the USPTO, the personnel office, where the USPTO makes hiring, removal, and other personnel decisions, has also been located either in Arlington, Virginia or Alexandria, Virginia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2007

William R. Covey
Deputy General Counsel,
Office of General Counsel