UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DR. GEOFFREY R. AKERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, )<br>SECRETARY OF COMMERCE, )<br>*et al.*, )<br>)<br>Defendants. ) | Civ. Action No. 07cv266 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd day of May 2007, hereby

**ORDERED** that [#6] Defendant's motion to transfer is GRANTED; and it is further

**ORDERED** that [#2] Plaintiff's motion to appoint counsel is DENIED as moot.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge